FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 9, 2019

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

David M. Green
District Attorney
Bryan Denham
Assistant District Attorney
715 South Dumas Avenue, Room 304
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-17-00334-CR, 07-17-00335-CR
Trial Court Case Number: 1256H

**Style:** Jeremy Lynn Figueredo v. The State of Texas

Dear Counsel:

The Court has this day entered the attached Order in the captioned causes.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Richard Dambold (DELIVERED VIA E-MAIL)
Melissa Mead (DELIVERED VIA E-MAIL)